Duane M. Swinton
Joel P. Hazel
WITHERSPOON, KELLEY,
DAVENPORT & TOOLE, P.S.
1100 U.S. Bank Building
422 West Riverside Avenue
Spokane, WA 99201-0300
(509) 624-5265

Attorneys for Media Representatives

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO
(HONORABLE EDWARD J. LODGE)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-07-23-N-EJL |
| Plaintiff, | AFFIDAVIT OF DAVID WASSON |
| vs. | |
| JOSEPH EDWARD DUNCAN, III, | |
| Defendant | |

| | |
|---|---|
| STATE OF WASHINGTON | ) |
| | ) ss. |
| County of Spokane | ) |

DAVID WASSON, being first duly sworn, on oath deposes and says:

1.       I am an Assistant City Editor for the Spokesman-Review newspaper, a position I have held since 2005. My experience as a journalist includes extensive coverage of state and federal courts as well as other branches of government. I have a bachelor's degree from Western Washington University in journalism.

1

2.      I have been involved, as an assistant city editor for the Spokesman-Review, in editing, reviewing and supervising preparation of news stories in the Spokesman-Review relating to Joseph E. Duncan, and the charges that have been brought against him in federal court and also in state court in Idaho. I am familiar with and have read news stories that have been published in the Spokesman-Review, which total more than two hundred, and also have reviewed news coverage in other publications in the Northwest and have also observed and reviewed coverage by television stations and the national media concerning the investigation into the deaths of Brenda Kay Groene, Slade Vincent Groene, and Mark McKenzie in Kootenai County in May 2005 and the disappearance of two children, ages 9 and 8, from the home in which the three murder victims were found on May 16, 2005.

3.      While the names of the two children have not been revealed in federal court filings in this matter, the full names of "D.G." and "S.G." were first released by the Idaho State Police in an "Amber Alert" issued on May 17, 2005. From that day forward, the names of D.G. and S.G., which were first publicly disclosed by public officials, have been repeated in the Spokesman-Review and other print publications in Idaho and Washington and radio and T.V. stations throughout the two states, and the national media on hundreds of occasions. The Spokesman-Review and other news media covered extensively the apprehension of Joseph Duncan at a Denny's restaurant in Coeur d'Alene on July 2, 2005, in the company of S.G. The apprehension was attributed to employees at the restaurant having seen photographs of S.G. and D.G. in a weekly publication -- "Nickel's Worth" -- in Kootenai County. After the apprehension of Joseph Duncan, law enforcement officials in Kootenai County released information that S.G. had been sexually assaulted several times by Duncan.

2

4.     Law enforcement officials later released information concerning the discovery of D.G.'s remains in Western Montana and attributed his death to actions of Joseph Duncan.

5.     Court records filed in Kootenai County stated that S.G. told a Kootenai County detective that she and D.G. were repeatedly molested by Joseph Duncan and also detailed that Joseph Duncan carried S.G. and D.G. away from the murder scene in a pickup truck.  These same matters were revealed in a probable cause hearing that was conducted before a Kootenai County magistrate judge on July 5, 2005.

6.     Subsequent news coverage has included news stories that Joseph Duncan videotaped actions concerning D.G.  These news stories have included coverage of hearings in federal court at which defense counsel sought to suppress utilization of the videotape as evidence, described as "graphic and pornographic".

7.     News coverage has included a description of S.G.'s father appearing on the nationally televised Oprah Winfrey show to discuss S.G.'s abduction and its effect on her. Subsequent news coverage included criticism of S.G.'s father allowing her to be interviewed on the nationally syndicated Geraldo Rivera television show and also her interview on the same, and also both broadcast and print coverage of a birthday celebration relating to S.G.'s deceased older brother, which coverage included photographs of S.G. that appeared in the print media and video of her that appeared on television stations.  This coverage also included two fundraisers held in North Idaho attended by hundreds of people to raise money for a trust fund established in S.G.'s name, although her full name was used in conjunction with the fundraiser.  It was reported that contributions concerning the trust fund came from all parts of the United States.  News media also covered stories concerning the funeral of D.G., which was attended by approximately 500 persons in Coeur d'Alene.

3

_David Wasson_
DAVID WASSON

SUBSCRIBED AND SWORN to before me on this 14 day of April, 2008.

_Ann M Potter_
Print name: ANNIE M. POTTER
NOTARY PUBLIC in and for the State
of Washington, residing at Spokane.
My Appointment Expires: Sept 29, 2008

4

CERTIFICATE OF SERVICE

I, the undersigned, certify that on the 15th day of April, 2008, I caused a true and correct copy of the AFFIDAVIT OF DAVID WASSON to be forwarded, with all required charges prepaid, by the method(s) indicated below, to the following party:

| Judy Clarke<br>Federal Defender's Office<br>225 Broadway, Suite 900<br>San Diego, CA 92101 | ☒<br>☐<br>☐<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Via fax: (509) 624-7606 |
|---|---|---|
| Mark A. Larranaga<br>Walsh & Larranaga<br>705 Second Ave., #405<br>Seattle, WA 98104 | ☒<br>☐<br>☐<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Via fax: (206) 322-4305 |
| Roger Peven<br>Federal Defender's Office<br>10 N. Post St., #700<br>Spokane, WA 99210 | ☒<br>☐<br>☐<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Via fax: (509) 747-3539 |
| Thomas Monaghan<br>Federal Defender's Office<br>350 N. 9th St., Number 301<br>Boise, ID 83702 | ☒<br>☐<br>☐<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Via fax: (208) 388-1757 |

*/s/ Terry Erickson*
TERRY ERICKSON, Legal Assistant

5